## 69152. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.
(340 SE2d 671)

POPE, Judge.

This court having entered a judgment in the above-styled case at 173 Ga. App. 844 (328 SE2d 737) (1985) affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 255 Ga. 166 (336 SE2d 237) (1985), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke, C. J., and Benham, J., concur.*

DECIDED JANUARY 7, 1986.

*Morton G. Forbes*, for appellant.
*Rex D. Smith, Robert R. Gunn, Thomas W. Tucker*, for appellees.